An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAUREN HACKER,
Appellant,
vs.
MICHAEL PUCINO,
Respondent.

No. 59426

**FILED**

MAR 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from a district court divorce decree. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

On appeal, appellant challenges the district court's child custody determinations, arguing that she should be given "joint custody and visitation." Appellant also contends that the amount of spousal support awarded to her by the district court was insufficient.

This court reviews a district court's child custody determinations, including visitation, for an abuse of discretion. Wallace v. Wallace, 112 Nev. 1015, 1019, 922 P.2d 541, 543 (1996). We will not overturn the district court's factual determinations if they are supported by substantial evidence, Ellis v. Carucci, 123 Nev. 145, 149, 161 P.3d 239, 242 (2007), but "the district court must have reached its conclusions for the appropriate reasons." Id. at 149, 161 P.3d at 241-42. The court's only consideration in determining child custody is the child's best interest. NRS 125.480. Having reviewed appellant's appeal statement and the record on appeal, we conclude that the district court did not abuse its discretion in awarding respondent sole legal and physical custody, and

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07905

denying appellant visitation unless respondent permits it, until she demonstrated compliance with requirements related to mental health issues. We therefore affirm the district court's custody determinations.

As to spousal support, this court reviews the district court's support order for an abuse of discretion. See Wolff v. Wolff, 112 Nev. 1355, 1359, 929 P.2d 916, 918-19 (1996). The district court may award such support as appears just and equitable. NRS 125.150(1)(a). Based on our review of appellant's appeal statement and the record, we affirm the district court's spousal support award. Appellant has not demonstrated any abuse of discretion by the district court; she only argues that she should have been awarded more support, without providing any argument as to why the district court's award was improper. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Egan K. Walker, District Judge

---

[1]We have considered appellant's remaining arguments on appeal and conclude that they lack merit. We deny any other pending requests for relief as moot.

Lauren Hacker
Michael Pucino
Washoe District Court Clerk